UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROBERT DODSON,

        NO. CIV. S-09-1655 FCD/DAD

    Plaintiff,

   v.                       MEMORANDUM AND ORDER

LONGS DRUGS STORES
CALIFORNIA, LLC,

    Defendant.

----oo0oo----

This matter is before the court on plaintiff Robert Dodson's ("plaintiff") motion for leave to file a second amended complaint in order to comply with the Ninth Circuit's recent decision in Chapman v. Pier 1 Imports, Inc., 2011 WL 43709, *11-12 (9th Cir. Jan. 7, 2011) (requiring Title III, ADA plaintiffs to plead how each *individual* barrier affects their claimed disability).[1] Defendant Longs Drugs Stores California, LLC does not oppose the motion. (Non-Opp'n, filed Mar. 4, 2011.) As such, the court

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1

1  GRANTS plaintiff's motion pursuant to Federal Rule of Civil
2  Procedure 16(b).  Good cause exists to permit the amendment in
3  light of an intervening change in the law.  Plaintiff shall file
4  the proposed second amended complaint, attached to the motion,
5  within 10 days of the date of this order.
6       IT IS SO ORDERED.
7  DATED: March 22, 2011

```
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE
```